UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA HAKIMI,<br><br>                    Plaintiff,<br><br>              -v.-<br><br>GUIDANT GLOBAL; IMPELLAM NA SUPPORT SERVICES, INC.; CORPORATE EMPLOYMENT RESOURCES, INC.; CAROL HECTOR; and KAREN SCHLEUDER,<br><br>                    Defendants. | 22 Civ. 8765 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On March 8, 2023, this case was reassigned to this Court. In light of various pending applications from the parties, including Defendants' motion to dismiss (Dkt. #25); a letter request to stay discovery pending resolution of the motion to dismiss (Dkt. #32); and Plaintiff's request for an extension of time to respond to the motion to dismiss and to replace her present counsel (Dkt. #34), the Court believes that a pretrial conference is necessary. As such, the parties are **ORDERED** to attend a telephonic pretrial conference on **March 15, 2023, at 11:00 a.m.** At the designated time, the parties shall call (888) 363-4749, and use access code 5123533. The parties shall be prepared to discuss the above-cited filings, and the Court expects that both Plaintiff and her current counsel, Mr. Grosswald, will be on the conference. Plaintiff is welcome to discuss any issues associated with her representation at the conference.

SO ORDERED.

Dated: March 13, 2023
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge