# WILSON LAW LLC

2842 Main Street, Ste. 332
Glastonbury, CT 06033
(860)559-3733

Laura Kay Wilson
Managing Attorney
Email:  Wilson@KayWilsonLaw.com
Admitted:
    Connecticut Superior Court
    Connecticut District Court
    Second Circuit Court of Appeals
    Eastern District of Michigan
    Western District of Michigan
    U.S. Supreme Court



**VIA eMAIL:  Failla_nysdchamber@nysd.uscourts.gov**

Hon. Katherine Polk Failla           April 17, 2023
New York District Court
Southern District of New York

Re:    <u>Sara Hakimi v. Guidant Global, et al</u>
        1:22-cv-08765-KPF

Dear Hon. Judge Failla;

Good afternoon your Honor.  I write to request a 24 hour extension to Wednesday, April 19, 2023, by which date to file the Plaintiff's First Amended Complaint.  The Plaintiff and her undersigned counsel need this additional time to meet and collaborate as to additional edits and amendments to the complaint.

I have informed opposing counsel, Ivan Novich, Esq., of this request and he and his client do not oppose this request (they are in consent).

Thank you, your Honor, for your consideration of this request.

Sincerely,

Attorney Kay Wilson

CC:    Sara Hakimi; Sara.Hakimi@outlook.com

        Ivan Novich, Esq.: Defense Counse; inovich@littler.com

        Dmarkos@littler.com

Page 1 of 1

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 39.

Dated:     April 17, 2023          SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE