UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARA HAKIMI,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>GUIDANT GLOBAL; IMPELLAM NA SUPPORT SERVICES, INC.; CORPORATE EMPLOYMENT RESOURCES, INC.; CAROL HECTOR; and KAREN SCHLEUDER,<br><br>                    Defendants. | 22 Civ. 8765 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 20, 2023, Plaintiff filed the First Amended Complaint. (Dkt. #42). Accordingly, Defendants' motion to dismiss the original complaint in this case is **DENIED** as moot. The Clerk of Court is directed to terminate the pending motion at docket entry 25.

SO ORDERED.

Dated:   April 20, 2023
        New York, New York

                                                  _Katherine Polk Failla_
                                         _____
                                           KATHERINE POLK FAILLA
                                           United States District Judge