UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SARA HAKIMI,

                      Plaintiff,

      -against-                            22 **CIVIL** 8765 (KPF)

                                                    **JUDGMENT**

GUIDANT GLOBAL; IMPELLAM NA SUPPORT
SERVICES, INC.; CORPORATE EMPLOYMENT
RESOURCES, INC.; CAROL HECTOR; and KAREN
SCHLEUDER,

                      Defendants.
-----------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 17, 2023, Defendants' motion to dismiss is GRANTED, and Plaintiff's motion to amend is DENIED.

**Dated:**  New York, New York

       November 17, 2023

                                                **RUBY J. KRAJICK**
                                                 Clerk of Court

                          **BY:**
                                            _____
                                                  **Deputy Clerk**